UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


United States of America,
          Plaintiff

v.                                      C.A. No. 07-125-08S

Wilfredo Rivera,
          Defendant


## ORDER


The Report and Recommendation of United States Magistrate

Judge David L. Martin filed on March 16, 2009 in the above-

captioned matter is accepted pursuant to Title 28 United States

Code § 636(b)(1).  No objection has been filed to the Report and

Recommendation. The Defendant's ability to pay an amount to

partially offset the cost of his representation by the Federal

Defender will be reviewed when Defendant is either released from

custody or is sentenced.


                              By Order,

                              _____
                              Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 4/1/09